# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:15 cr 106

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| CARLOS ANDRE SMITH. | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Eric A. Montgomery's Application for Admission to Practice *Pro Hac Vice* of Darren S. Haley. It appearing that Darren S. Haley is a member in good standing with the State Bars of South Carolina and Virginia and will be appearing with Eric A. Montgomery, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorneys seeking admission has been provided, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* (#7) is **GRANTED**, and that Darren S. Haley is **ADMITTED**

to practice, *pro hac vice*, before the Bar of this Court while associated with Eric A. Montgomery.

Signed: August 3, 2017

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge